**SET ASIDE AND REMANDED and Opinion Filed June 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01610-CV

## IN THE MATTER OF THE MARRIAGE OF OMID ROHANI AND SUMMER ROHANI

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51617-2012**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

Before the Court is the parties' joint motion to dismiss. The parties have settled their differences. They ask the Court to reform the divorce decree and render judgment effectuating their agreement. We grant the parties' motion to the extent that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Lana Myers/
LANA MYERS
JUSTICE

131610F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE MARRIAGE
OF OMID ROHANI AND SUMMER
ROHANI

No. 05-13-01610-CV

On Appeal from the 199th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 199-51617-2012.
Opinion delivered by Justice Myers.
Justices Lang and Brown, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to the merits and this case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 10th day of June, 2014.

/Lana Myers/
LANA MYERS
JUSTICE